LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
ZACHERY BASTIEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-CR-225 TLN |
| Plaintiff, | |
| vs. | WAIVER OF PERSONAL APPEARANCE AND ORDER |
| ZACHERY JOSEPH BASTIEN, | |
| Defendant. | |

    Zachery Bastien, defendant in the above-entitled action, hereby waives his right to be present in open court as provided in Rule 43 of the Federal Rules of Criminal Procedure for any status conference or motion hearing in this matter. The appearance waiver includes any appearance involving a continuance either before or after trial, including a hearing at which a trial date is selected. The waiver does not extend to arraignment, entry of plea, change of plea, or any trial stage from impanelling a jury to verdict, nor does it apply to imposition of sentence.

WAIVER OF APPEARANCE

The defendant requests that the Court proceed during every permitted absence as set out in the preceding paragraph.  Defendant agrees that his interests will be deemed represented at all times by the presence of his attorney in the same manner as if he were personally present in court. He further agrees that he will be present in court and ready for trial of the matter on any day or hour that the Court may fix in his absence.

Defendant acknowledges that he has been informed of his rights under the Speedy Trial Act (Title 18, United States Code, Sections 3161-3174).  Defendant expressly authorizes his attorney to set dates, including permissible delays and continuances pursuant to the Speedy Trial Act, without the requirement of his being personally present.

DATED:  March 19, 2018

By  /s/ Zachery Bastien
ZACHERY BASTIEN
Defendant
(Original Form Retained by Counsel)

I agree with and consent to Defendant Zachery Bastien's waiver of personal appearance at future proceedings.

DATED:  March 19, 2018

By  /s/ Todd D. Leras
TODD D. LERAS
Attorney for Defendant
ZACHERY BASTIEN

IT IS SO ORDERED.

Dated:  March 20, 2018

Troy L. Nunley
United States District Judge

WAIVER OF APPEARANCE