LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
ZACHERY BASTIEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-CR-225 GEB |
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE |
| ZACHERY JOSEPH BASTIEN, and JOHANNA LEEANN MCGILLIVRAY, | Date: June 14, 2019<br>Time: 9:00 a.m.<br>Court: Hon. Garland E. Burrell, Jr. |
| Defendants. | |

It is hereby stipulated and agreed by and between plaintiff United States of America, on the one hand, and Defendant Zachery Bastien, on the other hand, through their respective attorneys, that the status conference presently set for May 17, 2019, at 9:00 a.m., be continued by the Court to June 14, 2019, at 9:00 a.m., to allow defense counsel to review with his client a proposed resolution offer provided by the United States, research the potential consequences of the recently enacted First Step Act, and respond to the client's questions about the First Step Act's impact on sentencing options available to him, and to otherwise prepare Mr. Bastien's matter for a

ORDER CONTINUING STATUS
CONFERENCE

potential change of plea hearing.

This case involves, among other allegations, that both defendants participated in a conspiracy to structure monetary transactions (18 U.S.C.§ 371) and actual structuring of monetary transactions (31 U.S.C. § 5324(a)(3)). The matter is set as to both defendants for a jury trial scheduled to begin on January 21, 2020, with a Trial Confirmation Hearing set for December 6, 2019. This stipulation does not alter those dates.

Defendant Bastien's matter is set by itself for a status conference on May 17, 2019. Mr. Bastien's counsel is requesting continuance of the status conference. The government does not oppose the request to continue the status conference. Time under the Speedy Trial Act has previously been excluded, up to and including, the January 21, 2020 trial date (ECF Entry 55). No additional finding is necessary regarding exclusion of time.

Assistant U.S. Attorney Samuel Wong has reviewed this stipulation and authorized Attorney Todd D. Leras via email to sign it on his behalf.

Dated:  May 15, 2019          */s/ Todd Leras*
                              _____
                              TODD LERAS
                              Attorney for defendant
                              ZACHERY BASTIEN


Dated:  May 15, 2019          MCGREGOR W. SCOTT
                              United States Attorney

                              */s/ Samuel Wong*
                        By:   _____
                              SAMUEL WONG
                              Assistant United States Attorney
                              (Per email authorization)

ORDER CONTINUING STATUS
CONFERENCE

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its Order. It is hereby ORDERED that the presently set May 17, 2019, at 9:00 a.m., status conference hearing shall be continued to June 14, 2019, at 9:00 a.m.

Based on the previous exclusion of time requested by defense counsel, up to and including the presently-scheduled jury trial date of January 21, 2020, no further finding is required regarding time under the Speedy Trial Act.

IT IS SO ORDERED.

Dated: May 16, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

ORDER CONTINUING STATUS CONFERENCE