LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
ZACHERY BASTIEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ZACHERY JOSEPH BASTIEN,<br><br>    Defendant. | Case No.: 2:16-cr-225 GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE<br><br>Date:    July 12, 2019<br>Time:    9:00 a.m.<br>Court:   Hon. Garland E. Burrell, Jr. |

    It is hereby stipulated and agreed by and between plaintiff United States of America, on the one hand, and Defendant Zachery Bastien, on the other hand, through their respective attorneys, that the status conference presently set for June 14, 2019, at 9:00 a.m., be continued by the Court to July 12, 2019, at 9:00 a.m., to allow defense counsel to review with his client a proposed resolution offer provided by the United States, to continue research regarding the potential consequences of the recently enacted First Step Act, and to respond to the client's questions about the First Step Act's impact on sentencing options available to him, and to otherwise prepare

ORDER CONTINUING STATUS
CONFERENCE

Mr. Bastien's matter for a potential change of plea hearing.

This case involves, among other allegations, that Mr. Bastien participated in a conspiracy to structure monetary transactions (18 U.S.C.§ 371) and actual structuring of monetary transactions (31 U.S.C. § 5324(a)(3)).  The matter is set as for a jury trial scheduled to begin on January 21, 2020, with a Trial Confirmation Hearing set for December 6, 2019.  This stipulation does not alter those dates.

Mr. Bastien's counsel is requesting continuance of the status conference.  The government does not oppose the request to continue the status conference.  Time under the Speedy Trial Act has previously been excluded, up to and including, the January 21, 2020 trial date (ECF Entry 58).  No additional finding is necessary regarding exclusion of time.

Assistant U.S. Attorney Kevin Khasigian authorized Attorney Todd D. Leras via email to sign this stipulation on his behalf.

Dated:  June 12, 2019                    */s/ Todd Leras*
                                         _____
                                         TODD LERAS
                                         Attorney for defendant
                                         ZACHERY BASTIEN


Dated:  June 12, 2019                    MCGREGOR W. SCOTT
                                         United States Attorney

                                         */s/ Kevin Khasigian*
                                  By:    _____
                                         KEVIN KHASIGIAN
                                         Assistant United States Attorney
                                         (Per email authorization)

ORDER CONTINUING STATUS
CONFERENCE

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its Order. It is hereby ORDERED that the presently set June 14, 2019, at 9:00 a.m., status conference hearing shall be continued to July 12, 2019, at 9:00 a.m.

Based on the previous exclusion of time requested by defense counsel, up to and including the presently-scheduled jury trial date of January 21, 2020, no further finding is required regarding time under the Speedy Trial Act.

IT IS SO ORDERED.

Dated: June 13, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

ORDER CONTINUING STATUS CONFERENCE