1  LAW OFFICE OF TODD D. LERAS
   Todd D. Leras, CA SBN 145666
2  455 Capitol Mall, Suite 802
3  Sacramento, California 95814
   (916) 504-3933
4  toddleras@gmail.com
   Attorney for Defendant
5  ZACHERY BASTIEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ZACHERY BASTIEN,<br><br>        Defendant. | Case No.: 2:16-cr-225 MCE<br><br>ORDER TO SET SENTENCING HEARING AND PRE-SENTENCE REPORT DISCLSOURE SCHEDULE<br><br>Court:      Hon. Morrison C. England, Jr.<br><br>Date:       July 22, 2021<br>Time:       10:00 a.m. |

Plaintiff United States of America by and through Assistant U.S. Attorney Kevin Khasigian and Attorney Todd D. Leras on behalf of Defendant Zachery Bastien, submit this request to set this matter, and three related matters, for Judgment and Sentencing on November 18, 2021.  All matters are presently set for Status of Sentencing Hearings on July 22, 2021.

ORDER SETTING
SENTENCING HEARING AND
PSR DISCLOSURE SCHEDULE

The parties have consulted with the originally assigned probation officer, Lynda Moore, regarding the proposed sentencing date and disclosure schedule.  Officer Moore indicates that, due to her promotion, the case will be reassigned to a new probation officer once a sentencing date is selected.  The parties therefore request the following dates:

1. Draft Pre-Sentence Investigation Report (PSR) Due:  October 7, 2021

2. Informal Objections to Draft PSR:  October 21, 2021;

3. Final PSR Date:   October 28, 2021;

4. Motion for Correction Date: November 4, 2021; and

5. Reply Date:  November 11, 2021

This request follows guilty pleas pursuant to a written Plea Agreement so an exclusion of time pursuant to the Speedy Trial Act is not required.  Assistant U.S. Attorney Kevin Khasigian has reviewed this proposed order and authorized Todd D. Leras via email to sign it on his behalf.

DATED:  July 19, 2021

By   */s/ Todd D. Leras for*
    KEVIN KHASIGIAN
    Assistant United States Attorney

DATED: July 19, 2021

By   */s/ Todd D. Leras*
    TODD D. LERAS
    Attorney for Defendant
    ZACHERY BASTIEN

ORDER SETTING
SENTENCING HEARING AND
PSR DISCLOSURE SCHEDULE

**ORDER**

The Judgment and Sentencing Hearing in this matter is set for November 18, 2021, at 10:00 a.m.  The Court adopts the Pre-Sentence Report disclosure schedule proposed by the parties.

IT IS SO ORDERED.

Dated:  July 21, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

ORDER SETTING
SENTENCING HEARING AND
PSR DISCLOSURE SCHEDULE